UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SERGIO MORALES, | Case No. 3:16-cv-00371-MMD-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| WILLIAM DONNELLY, et. al., | |
| Defendants. | |

The hearing previously scheduled for Friday August 19, 2016, to address Plaintiff's motion for preliminary injunction (*see* ECF No. 19) is hereby **continued to Wednesday, August 24, 2016 at 10:00 a.m.,** in Reno Courtroom 2 before Magistrate Judge William G. Cobb. The Office of the Attorney General shall arrange for Plaintiff to be present by telephone and shall contact the courtroom administrator, Katie Lynn Ogden, at 775-686-5758 or Katie_Ogden@nvd.uscourts.gov, at least two days prior to the hearing to advise her of the number where Plaintiff may be reached at the time of the hearing.

On or before **5:00 p.m. on Friday, August 19, 2016,** Defendants shall **file under seal** Plaintiff's relevant records (including treatment records, progress notes, physicians orders, pharmacy records, medication logs, kites and grievances) pertaining to the allegation that he experienced delays in receiving his prescriptions from the pharmacy which led to him having a heart attack in May of 2015. Defendants shall also file the pertinent NDOC policies concerning pharmacy policies and prescription refills. Plaintiff should kite the warden of his institution to review these documents, and the Attorney General's Office shall ensure that Plaintiff is provided a reasonable opportunity to meaningfully review these documents prior to the hearing.

Finally, Defendants shall make the current medical director, or another person with meaningful knowledge of NDOC's pharmacy policies and procedures available, at least by telephone, for the hearing to provide testimony, if necessary.

**IT IS SO ORDERED.**

DATED: August 15, 2016.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE